ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DIANA M. KWOK (Cal. Bar No. 246366)
Assistant United States Attorney
    General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6529
    Facsimile: (213) 894-0141
    E-mail: Diana.Kwok@usdoj.gov

JS-6

Attorneys for Complainant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF

HILMER ALFONSO ESTE MONTOYA,

A fugitive from the Government of Australia.

Case No. CV 13-1445-VAP (PJWx)

[PROPOSED] CERTIFICATION OF EXTRADITABILITY AND ORDER OF COMMITMENT

[18 U.S.C. § 3184]

    The Court has received the Complaint filed on December 12, 2012, by Diana M. Kwok, Assistant United States Attorney for the Central District of California, for and on behalf of the Government of Australia, pursuant to that Government's request for the provisional arrest of HILMER ALFONSO ESTE MONTOYA.  The Government of Australia, subsequent to that date, made a formal request for the extradition of HILMER ALFONSO ESTE MONTOYA. The Court has also received a Stipulation to Simplified Extradition executed by HILMER ALFONSO ESTE MONTOYA, Deputy Federal Public Defender Jennifer Uyeda, and Assistant United States Attorney Diana M. Kwok.

The fugitive, HILMER ALFONSO ESTE MONTOYA (hereinafter "the fugitive"), having appeared before the undersigned judicial officer, represented by counsel, on March 26, 2013, and having entered into the foregoing stipulation,

THE COURT HEREBY FINDS as follows:

1.  The fugitive's stipulation to the elements of extradition is intelligent and voluntary.

2.  The fugitive is wanted by Australian authorities to face prosecution for: (a) conspiracy to import a commercial quantity of a border controlled drug, namely 135 kilograms of cocaine, in violation of sections section 307.1 of the Criminal Code Act (Cth) by virtue of section 11.5 of the Criminal Code Act 1995 (Cth); (b) attempt to possess a commercial quantity of a border controlled drug, namely 135 kilograms of cocaine, in violation of section 307.5 of the Criminal Code Act (Cth) by virtue of section 11.1 of the Criminal Code Act 1995 (Cth); and (c) conspiracy to manufacture a commercial quantity of a border controlled drug, namely cocaine, in violation of section 305.3(1) of the Criminal Code Act (Cth) by virtue of section 11.5(1) of the Criminal Code Act 1995 (Cth).  A warrant for the fugitive's arrest was issued on December 8, 2012, by an authorized officer of the Local Court, New South Wales.

3.  All of the elements of extradition are met, specifically:

    a.  The undersigned judicial officer, United States Magistrate Judge Patrick Walsh, and the court on which that judicial officer sits, have jurisdiction to conduct extradition proceedings.

b.  The undersigned judicial officer, United States Magistrate Judge Patrick Walsh, and the court on which that judicial officer sits, have jurisdiction over the fugitive.

c.  An extradition treaty is in force between the United States of America and Australia.

d.  The fugitive is sought for offenses for which the applicable treaty permits extradition.

e.  The fugitive is the subject of the arrest warrant issued for the arrest of HILMER ALFONSO ESTE MONTOYA on December 8, 2012, by an authorized officer of the Local Court, New South Wales, and there is probable cause to believe that HILMER ALFONSO ESTE MONTOYA is guilty of the offenses alleged in that arrest warrant.

4.  There are no facts that bar the extradition of the fugitive under the extradition treaty between the United States and Australia.

Based on the foregoing findings, the undersigned judicial officer concludes that HILMER ALFONSO ESTE MONTOYA is extraditable for each offense for which extradition was requested, and certifies this finding to the Secretary of State as required under Title 18, United States Code, Section 3184.

IT IS THEREFORE ORDERED that the Clerk of the Court deliver to the Assistant United States Attorney a certified copy of this Certification of Extraditability and the executed Stipulation to Simplified Extradition and, further, that the Clerk forward certified copies of the same to the United States Secretary of State (to the attention of the Legal Adviser) and the Director, Office of International Affairs, Criminal Division, U.S.

Department of Justice, in Washington, D.C., for the appropriate disposition.

IT IS FURTHER ORDERED that HILMER ALFONSO ESTE MONTOYA be committed to the custody of the United States Marshal pending final disposition of this matter by the United States Secretary of State and arrival of agents of the requesting state, at which time HILMER ALFONSO ESTE MONTOYA will be transferred to the custody of the agents of the requesting state at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Australia to be transported to Australia.

IT IS SO FOUND AND ORDERED this 26th day of March, 2013.

_____
HON. PATRICK WALSH
United States Magistrate Judge

Presented by:

    /s/
_____
DIANA M. KWOK
Assistant United States Attorney

4